**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re:

Case No. 26-30275-MWC
Chapter 13 (I)

Andra Devoris Hardaway,

Debtor(s).[1]
_____________________________/

**ORDER GRANTING DEBTOR'S AGREED MOTION TO CONTINUE HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**
(ECF No. 44)

THIS CASE is before the Court on the Debtor's *Agreed Motion to Continue Hearing on Confirmation of Chapter 13 Plan* ("Motion," ECF No. 44). Having considered the Motion, in which counsel represents that the Trustee does not oppose the relief requested, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The hearing on Confirmation of Chapter 13 Plan, scheduled for August 27, 2026, is canceled and shall be rescheduled by separate

[1] All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

notice to take place in approximately 60 days.

**DONE AND ORDERED** on August 25, 2026.

MARY W. COLÓN
Chief U.S. Bankruptcy Judge

Order Prepared by Lewis & Jurnovoy (Modified in Chambers)

Lewis & Jurnovoy, P.A. is directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order