FORM oncnf13 (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: Andra Devoris Hardaway
aka Andra Hardaway, aka Andra D Hardaway
SSN/ITIN: xxx−xx−3253
Debtor

Bankruptcy Case No.: 26−30275−MWC

Chapter: 13
Judge: Mary W. Colón

**Order and Notice of Continued Hearing on Confirmation and Fixing Time to File Objections**

To All Creditors and Parties in Interest:

Please take notice that the debtor(s) has/have filed a Chapter 13 Plan or an Amended Plan.

**IT IS ORDERED AND NOTICE GIVEN** that:

A hearing to consider confirmation of the debtor(s) proposed Chapter 13 Plan will be held on **October 22, 2026, at 01:30 PM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301**. Parties may appear at the following alternate location: via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

Written objections to confirmation must be filed with the Court on or before October 15, 2026 at U.S. Bankruptcy Court, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301. A copy of the objection shall also be furnished to:

***Chapter 13 Trustee***
Leigh A. Duncan
Leigh A. Duncan
Post Office Box 646
Tallahassee, FL 32302

as well as

***Debtor's Attorney***
Steven D. Jurnovoy
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501

At the hearing, the Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter.

**Counsel for the debtor, if represented, is directed to serve a copy of this order together with a copy of the most recently filed plan (see Fed. R. Bankr. P. 3015(d)) to all creditors and parties in interest using a current mailing matrix from the Court's CM/ECF system, and promptly thereafter file a certificate of such service.** If the debtor is not represented by counsel, if the debtor is represented *pro bono*, or if this hearing is rescheduled due to Court scheduling, the Court will serve the Order and Plan in accordance with applicable Rules.

**DONE AND ORDERED** September 1, 2026.

/s/ Mary W. Colón
Mary W. Colón
U.S. Bankruptcy Judge